AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Zachary Hayes Martin
aka Zac Martin

*Defendant(s)*

) Case: 1:21-mj-00150
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/21/2021
) Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted Buildings or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Unlawful Activities on Capitol Grounds. Disorderly Conduct and Demonstrating in the Capitol building |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Michael J. McGillicuddy, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** (specify reliable electronic means).

Date: 01/21/2021

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*