AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

United States of America )
v. )
Zachary Hayes Martin ) Case No.
aka Zac Martin )
)
_____ )
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Zachary Hayes Martin aka Zac Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. § 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds. Disorderly Conduct and Demonstrating in the Capitol building

Date: 01/21/2021

2021.01.21
20:29:07 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 1-21-21, and the person was arrested on *(date)* 1-28-21
at *(city and state)* SPRINGFIELD MO.

Date: 3-18-21

*Arresting officer's signature*

SA ISAAC MCPHGETORS
*Printed name and title*