## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) ) ) | |
| v. | ) ) | NO.  21cr201 |
| Zachary Martin | ) ) ) | |
| Defendant. | ) ) | |

### MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes now, undersigned counsel, and moves for the *pro hac vice* admission of Dee Wampler, Joseph Passanise and Taylon McCafferty Sumners.  In support of this request, undersigned counsel offers the following:

1.  I am acquainted with counsel for defendant Zachary Martin through representation of codefendants in a lengthy and complex criminal case in this Court.  *United States v. Goncalves*, et al., 1:09cr335-RJL.  I was impressed with level representation they provided to their client.

2.  Declarations from counsel for Mr. Martin are attached to this filing.  All attorneys meet the criteria for practice under Local Rule 44.1.

3.  I hereby sponsor Dee Wampler, Joseph Passanise and Taylon McCafferty Sumbers for admission to this court *pro hac vice* on behalf of defendant Zachary Martin.

For the foregoing reasons, undersigned counsel respectfully requests that this Court admit counsel for defendant Zachary Martin to practice before this Court *pro hac vice*.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

Respectfully Submitted,

By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com