**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cr-00272-MTS-SRW-1 |
| | ) | |
| MICHAEL AARON QUICK, | ) | |
| STEPHEN BRIAN QUICK, | ) | |
| ZACHARY HAYES MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Joseph S. Passanise and Taylon Sumners of WAMPLER & PASSANISE

LAW OFFICE, and respectfully makes their Entry of Appearance herein for and on behalf of

Defendant's, Michael Quick, Stephen Quick, and Zachary Martin.

Respectfully Submitted

_____/s/Joseph Passanise_____
JOSEPH S. PASSANISE, MO Bar #46119
TAYLON SUMNERS, MO Bar #73114
Attorneys for Defendant

WAMPLER & PASSANISE
LAW OFFICES
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
PH: (417)882-9300
FAX: (417)882-9310

1

## Certificate of Service

I hereby certify that on October 29, 2021, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system which sent notification of such filing to U.S. Attorney, Washington, DC.

_____/s/Joseph Passanise_____
Joseph S. Passanise
Taylon Sumners
Attorneys at Law