# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIM NO.** |
| : | |
| v. : | **MAGISTRATE NO. 21-MJ-150** |
| : | 21-MJ-220 |
| **ZACHARY HAYES MARTIN,** : | 21-MJ-221 |
| also known as **ZAC MARTIN,** : | 21-MJ-219 |
| : | **VIOLATIONS:** |
| **MICHAEL QUICK,** : | **18 U.S.C. § 1752(a)(1)** |
| : | **(Entering and Remaining in a Restricted** |
| **STEPHEN QUICK, and** : | **Building or Grounds)** |
| : | **18 U.S.C. § 1752(a)(2)** |
| **KARI KELLEY,** : | **(Disorderly and Disruptive Conduct in a** |
| Defendants. : | **Restricted Building or Grounds)** |
| : | **40 U.S.C. § 5104(e)(2)(D)** |
| : | **(Disorderly Conduct in a Capitol Building** |
| : | **or Grounds)** |
| : | **40 U.S.C. § 5104(e)(2)(G)** |
| : | **(Parading, Demonstrating, or Picketing in** |
| : | **a Capitol Building)** |

## AMENDED INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ZACHARY HAYES MARTIN, also known as, ZAC MARTIN**, **MICHAEL QUICK, STEPHEN QUICK** and **KARI KELLEY**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President–elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **ZACHARY HAYES MARTIN, also known as, ZAC MARTIN**, **MICHAEL QUICK, STEPHEN QUICK** and **KARI KELLEY**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **ZACHARY HAYES MARTIN, also known as, ZAC MARTIN**, **MICHAEL QUICK, STEPHEN QUICK** and **KARI KELLEY**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings or Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **ZACHARY HAYES MARTIN, also known as, ZAC MARTIN**, **MICHAEL QUICK, STEPHEN QUICK** and **KARI KELLEY**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

       Respectfully submitted,

       Matthew M. Graves
       United States Attorney
       D.C. Bar No. 481052

By:    /s/ Brenda J. Johnson
       Brenda J. Johnson
       Assistant United States Attorney
       D.C. Bar No. 370737
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 252-7801
       Brenda.Johnson@usdoj.gov